| | |
|---|---|
| Arthur S. Beeman (SBN 237996)<br>Pamela K. Fulmer (SBN 154736)<br>Zana Z. Bugaighis (SBN 257926)<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700<br>Email: asbeeman@jonesday.com<br>Email: pkfulmer@jonesday.com<br>Email: zbugaighis@jonesday.com<br><br>Douglas R. Cole (Admitted *Pro Hac Vice*)<br>JONES DAY<br>325 John H. McConnell Boulevard, Suite 600<br>Columbus, Ohio 43215<br>Telephone: (614) 469-3939<br>Facsimile: (614) 461-4198<br>Email: drcole@jonesday.com<br><br>Laurie M. Charrington (SBN 229679)<br>Kwan Chan (SBN 252610)<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: (650) 739-3939<br>Facsimile: (650) 739-3900<br>Email: lmcharrington@jonesday.com<br>Email: kchan@jonesday.com<br><br>Attorneys for Defendant and Counterclaimant<br>SENDMAIL, INC. | Ted G. Dane (SBN 143195)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071-1560<br>Tele: (213) 683-9100<br>Fax: (213) 687-3702<br>Email: Ted.Dane@mto.com<br><br>Martin D. Bern (SBN 153203)<br>Peter A. Detre (SBN 182619)<br>Victoria L. Boesch (SBN 228561)<br>Paul J. Katz (SBN 243932)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105-2907<br>Tel: (415) 512-4000<br>Fax: (415) 512-4077<br>Email: Martin.Bern@mto.com<br>Email: Peter.Detre@mto.com<br>Email: Victoria.Boesch@mto.com<br>Email: Paul.Katz@mto.com<br><br>Attorneys for Plaintiff and Counter-Defendant<br>TUMBLEWEED COMMUNICATIONS CORP. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TUMBLEWEED COMMUNICATIONS, CORP., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SENDMAIL, INC., a Delaware corporation and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>And Related Counterclaims | CASE NO. 3:08-cv-04318-JCS<br><br>**STIPULATED REQUEST TO EXTEND TIME FOR CLAIM CONSTRUCTION BRIEFING** |

1        Pursuant to Civil L.R. 6-2, Defendant Sendmail, Inc., and Plaintiff Tumbleweed Communications, Corp., through their respective counsel, hereby request the Court extend the time for submitting Defendant's brief in Opposition, and Plaintiff's Reply thereto, to Plaintiff's Opening Claim Construction Brief, which was filed on May 29, 2009.

       The parties request an extension to the remaining briefing schedule because a technical problem with PACER prevented Defendant from accessing or downloading Plaintiff's Claim Construction briefing after it was filed. Plaintiff's Opening Claim Construction brief was due on May 29, 2009. Plaintiff's counsel timely filed the brief. Defendant's counsel, however, tried to access the document from PACER after it was filed on Friday and again on Saturday and Sunday, with no success. Defendant was finally able to download the filed documents from PACER on Monday morning, June 1, 2009. The parties request that claim construction briefing schedule be extended so Defendant has the full time available to it in order to respond to Plaintiff's brief. The parties seek only to extend the time for Defendant's responsive briefing by three days, and to re-calculate the due date for Plaintiff's reply so the amount of time in which Plaintiff has to respond does not change.

       Pursuant to Civil L.R. 6-2, the reasons for the requested extension of time are also set forth with particularity in the accompanying Declaration of Laurie Charrington in Support of the Stipulated Request for Order to Extend Time for Claim Construction Briefing.

Dated: June 3, 2009

JONES DAY

By: /s/ Laurie M. Charrington
      Laurie M. Charrington

Attorneys for Defendant
SENDMAIL, INC.

///

///

| | | |
|---|---|---|
| 1 | Dated: June 3, 2009 | Munger Tolles & Olsen LLP |
| 2 | | |
| 3 | | By: _____ |
| | | Victoria L. Boesch |
| 4 | | Attorneys for Plaintiff |
| 5 | | TUMBLEWEED COMMUNICATIONS CORP. |

9  PURSUANT TO STIPULATION, IT IS SO ORDERED:

10 Dated: June 5, 2009         _____
11                              JOSEPH C. SPERO
                                United States Magistrate Judge

[Seal: United States District Court, Northern District of California — signed "Judge Joseph C. Spero"]