UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TUMBLEWEED COMMUNICATIONS CORP., a Delaware corporation,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>SENDMAIL, INC., a Delaware corporation and DOES 1 through 10, inclusive,<br><br>    Defendant and Counter-Claimant. | Case No. C-08-04318-JCS<br><br>The Honorable Joseph C. Spero |

## STIPULATION OF DISMISSAL BETWEEN PLAINTIFF AND DEFENDANT

WHEREAS, Plaintiff/Counter-Defendant Tumbleweed Communications Corp. ("Tumbleweed") and Defendant/Counterclaimant Sendmail, Inc. ("Sendmail") have entered into a Settlement Agreement effective as of September 3, 2009.

NOW, THEREFORE, pursuant to the settlement agreement of the parties, Tumbleweed and Sendmail stipulate, subject to approval of the Court, that:

    1.     Tumbleweed's complaint against Sendmail is dismissed in its entirety with prejudice.

    2.     Sendmail's counterclaims against Tumbleweed in their entirety are dismissed with prejudice.

    3.     Each party shall bear its own attorney's fees, expenses and costs.

8766661.1

STIPULATED AND AGREED TO:

Ted G. Dane
Munger, Tolles & Olson, LLP
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071
(213) 683-9100
Attorneys for Tumbleweed Communications Corp.

Arthur S. Beeman
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104

Attorneys for Sendmail, Inc.


So ORDERED and SIGNED this __14th__ day of __September__, 2009.



Judge
United States Magistrate Judge

8766661.1